IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Nos 22-185 |
| | ) | |
| DAMEON HARRISON | ) | |

**MOTION FOR AMENDED ORDER REGARDING REDUCTION OF
SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Elisa Long, First Assistant Federal Public Defender, and Stacie Fahsel, Staff Attorney respectfully files this Motion for Amended Order Regarding Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). In support thereof, counsel states as follows:

1. By plea of guilty, Dameon Harrison was convicted of possession of a firearm and ammunition by a convicted felon. Doc. No. 28. On December 27, 2022, Mr. Harrison was sentenced to 46 months in prison. Doc No. 40.

2. On January 17, 2024, Mr. Harrison filed an unopposed motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the retroactive "status points" provision of Amendment 821. Doc. No. 43.

3. The Court granted Mr. Harrison's motion on January 17, 2024, reducing Mr. Harrison's previously imposed sentence of imprisonment from 46 to 37 months. Doc. No. 44. As of the date of this filing, the Bureau of Prisons website indicates that his current release date is April 30, 2025.

4. Mr. Harrison was eligible for this reduction of sentence because, under

1

Amendment 821, he received only one "status point." As a result, his amended total criminal history score was reduced from 10 to 9, which is criminal history category IV.

5. Mr. Harrison now respectfully requests that the Court issue an Amended Order Regarding Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) that includes his amended number of criminal history points. Specifically, Mr. Harrison respectfully requests that the Court's Amended Order (Part I on Page 2 of the new Form AO 247) reflect that Mr. Harrison's number of criminal history points has been reduced from 10 to 9, and his criminal history category has been reduced from V to IV. This amended criminal history calculation may be used by the Bureau of Prisons for various purposes such as determining eligibility for First Step Act credits and BOP facility placement.

WHEREFORE, Dameon Harrison respectfully requests that the Court issue an Amended Order.

Respectfully submitted,

**/s/ Elisa Long**
Elisa Long
First Assistant Federal Public Defender

Stacie Fahsel
Staff Attorney